

MORRISON, Judge.

The offense is murder; the punishment, three years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile, upon a public highway, while intoxicated, and his punishment was assessed at a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## DEVEAURUX v. STATE.

No. 26525.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

## DEVEAURUX v. STATE.

No. 26526.

Court of Criminal Appeals of Texas

Oct. 28, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.